IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:03CR3050 |
| | ) | |
| v. | ) | |
| | ) | |
| FEENDIOS J. FELIX, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that Defendant Felix's evidentiary hearing and sentencing have been rescheduled before the undersigned United States district judge to Tuesday, January 9, 2007, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

November 27, 2006.              BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge